AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Utah

FILED
2022 JUL 5 AM 9:33
CLERK
U.S. DISTRICT COURT

United States of America
v.

JORGE MENA-PANDURO

*Defendant*

Case No. 2:22-mj-00306 DBP
2:22-cr-00169

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JORGE MENA-PANDURO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC 841(a)(1); Possession with intent to Distribute a Schedule II Controlled Substance
21 USC 841(a)(1) and 846; Conspiracy to Distribute Heroin

United States District Court ★ District of Utah ★

Date: 04/27/2022

*Issuing officer's signature*

City and state: Salt Lake City, Utah

Dustin B. Pead, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4-27-2022, and the person was arrested on *(date)* 4-29-2022
at *(city and state)* Salt Lake City, Utah

Date: 4-29-2022

*Arresting officer's signature*

Vaughters DUSM
*Printed name and title*